# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00322-RJC-DSC

| | |
|---|---|
| MARGUERITE DEUTSCH, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ELECTROLUX NORTH AMERICA INC., | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for R. Bryan Holbrook]" (document #6) filed July 13, 2020. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: July 15, 2020

_____
David S. Cayer
United States Magistrate Judge